**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1756**

BRUCE ANTHONY DILLARD,

        Plaintiff – Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant – Appellee,

    and

CHARLES E. SAMUELS, JR., Director of Federal Bureau of
Prisons,

        Defendant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg. Gina M. Groh, Chief
District Judge. (3:16-cv-00009-GMG-MJA)

Submitted: November 18, 2016     Decided: November 28, 2016

Before DUNCAN, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce Anthony Dillard, Appellant Pro Se. Erin Carter Tison,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Anthony Dillard appeals the district court's order adopting the recommendation of the magistrate judge dismissing Dillard's complaint pursuant to Fed. R. Civ. P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Dillard v. United States, No. 3:16-cv-00009-GMG-MJA (N.D. W. Va. June 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED